THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Kamathene A.
 Cooper, Appellant,
 
 
 
 
 

v

 
 
 
 
 South Carolina
 Department of Probation, Parole and Pardon Services, Respondent.
 
 
 
 
 

Appeal From Administrative Law Court
 Deborah B. Durden, Administrative Law
Judge

Unpublished Opinion No. 2010-UP-319
 Submitted June 1, 2010  Filed June 22,
2010    

AFFIRMED

 
 
 
 Kamathene Cooper, pro se, of Ridgeville,
 for Appellant.
 Tommy Evans, Jr., of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Kamathene Cooper appeals the South
 Carolina Parole Board's (the Board) denial of his parole, arguing the Board
 failed to comply with Cooper v. South
 Carolina Department of Probation, Parole and Pardon Services. 377 S.C. 489, 661 S.E.2d 106 (2008).[1] 
 We affirm[2] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: Compton v.
 S.C. Dep't of Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 179 (2009)
 (holding an order denying parole is sufficient under Cooper if it states
 the Board considered the statutory criteria in section 24-21-640 of the South
 Carolina Code (2007) and parole form 1212).  
AFFIRMED.
FEW, C.J.,
 WILLIAMS, J., and CURETON, A.J., concur. 

[1] This court need not address Cooper's remaining
 argument, as it is manifestly without merit.  See Rule
 220(b)(2), SCACR ("The Court of Appeals need not
 address a point which is manifestly without merit.").
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.